1  PAUL L. REIN, Esq. (SBN 43053)
   CELIA MCGUINNESS, Esq. (SBN 159420)
2  CATHERINE M. CABALO, Esq. (SBN 248198)
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Drive, Suite A
   Oakland, CA 94612
4  Telephone: 510/832-5001
   Facsimile: 510/832-4787
5
   BRIAN GEARINGER, Esq. (SBN 146125)
6  GEARINGER LAW GROUP
   825 Van Ness Ave., 4th Floor
7  San Francisco, CA 94109-7891
   Telephone: 415/440-3102
8  Facsimile: 415/440-3103

9  Attorneys for Plaintiff
   ANNA ALLEN
10
   STEVEN R. BLACKBURN, ESQ.
11 ANDREW J. SOMMER, ESQ.
   EPSTEIN BECKER & GREEN, P.C.
12 One California Street, 26th Floor
   San Francisco, CA 94111-5427
13 Telephone: 415/398-3500
   Facsimile: 415/398-0955
14
   Attorneys for Defendant
15 MSR CLAREMONT RESORT LP dba
   CLAREMONT RESORT & SPA

16
                    IN THE UNITED STATES DISTRICT COURT
17
              IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
18

19 ANNA ALLEN,                              CASE No. C09-3681 EMC
                                            RELATED CASE NO.
       Plaintiff,                           C09-0764 EMC
20
   v.
21                                          **STIPULATION AND
                                            PROPOSED ORDER TO
22 MSR CLAREMONT RESORT LP dba              CONTINUE PLAINTIFF'S
   CLAREMONT RESORT AND SPA;                MOTION FOR LEAVE TO
23 AND DOES 1-10, INCLUSIVE,                FILE FIRST AMENDED
                                            COMPLAINT** ; ORDER
24     Defendants.
                                        /
25

26                                  **STIPULATION**

27         The parties to the above captioned litigation hereby stipulate by and

28 through their undersigned counsel of record to the following:

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND PROPOSED ORDER TO
CONTINUE PLAINTIFF'S MOTION FOR LEAVE
TO FILE 1ST AMENDED COMPLAINT
CASE C09-3681 EMC                           -1-    S:\CASES\C\CLAREMONT-ALLEN\PLEADINGS\STIP TO CONTINUE MOTION TO FILE FAC.PL.wpd

1    Plaintiff ANNA ALLEN filed a Motion for Leave to File First
2 Amended Complaint in the above-captioned matter (the "Motion") that is
3 presently scheduled to be heard on March 24, 2010 at 3:00 p.m.
4    The parties are in the process of exchanging information and
5 negotiating a stipulation that may resolve the issues addressed in Plaintiff's
6 Motion.
7    Therefore, the parties hereby request that the Court continue the
8 March 24, 2010, 3:00 p.m. hearing date and time for Plaintiff's Motion to April
9 21, 2010 at 10:30 a.m. Defendant's opposition to Plaintiff's Motion will be due
10 on March 31, 2010, Plaintiff's reply will be due on April 7, 2010.
11    IT IS SO STIPULATED.

13 Dated: March 3, 2010          LAW OFFICES OF PAUL L. REIN
                                 GEARINGER LAW GROUP

16                                 /s/ Catherine M. Cabalo
                                 By: Catherine M. Cabalo, Esq.
17                               Attorneys for Plaintiff
                                 ANNA ALLEN

19 Dated: March 3, 2010          EPSTEIN BECKER & GREEN, P.C.

22                                 /s/ Andrew J. Sommer
                                 By: Andrew J. Sommer, Esq.
                                 Attorneys for Defendant MSR
23                               CLAREMONT RESORT LP dba
                                 CLAREMONT RESORT & SPA
24 //
25 //
26 //
27 //
28

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND PROPOSED ORDER TO
CONTINUE PLAINTIFF'S MOTION FOR LEAVE
TO FILE 1ST AMENDED COMPLAINT
CASE C09-3681 EMC                -2-           S:\CASES\C\CLAREMONT-ALLEN\PLEADINGS\STIP TO CONTINUE MOTION TO FILE FAC.PL.wpd

# ORDER

Pursuant to the Stipulation of the Parties it is hereby ordered that the hearing on Plaintiff's Motion for Leave to File First Amended Complaint in this matter be continued to April 21, 2010 at 10:30 a.m. Parties shall use the joint related case caption as listed in Docket #17 for all future pleadings.

IT IS SO ORDERED.

Dated: __3/9_____, 2010



EDWARD M. CHEN
United States Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND PROPOSED ORDER TO
CONTINUE PLAINTIFF'S MOTION FOR LEAVE
TO FILE 1ST AMENDED COMPLAINT
CASE C09-3681 EMC

-3-

S:\CASES\C\CLAREMONT-ALLEN\PLEADINGS\STIP TO CONTINUE MOTION TO FILE FAC.PL.wpd