1 | PAUL L. REIN, Esq. (SBN 43053)
2 | CELIA MCGUINNESS, Esq. (SBN 159420)
  | CATHERINE M. CABALO, Esq. (SBN 248198)
3 | LAW OFFICES OF PAUL L. REIN
  | 200 Lakeside Drive, Suite A
4 | Oakland, CA 94612
  | Telephone: 510/832-5001
5 | Facsimile: 510/832-4787

6 | BRIAN GEARINGER, Esq. (SBN 146125)
  | GEARINGER LAW GROUP
7 | 825 Van Ness Ave., 4th Floor
  | San Francisco, CA 94109-7891
8 | Telephone: 415/440-3102
  | Facsimile: 415/440-3103

9 | Attorneys for Plaintiff
  | ANNA ALLEN
10

11 | STEVEN R. BLACKBURN, ESQ.
  | ANDREW J. SOMMER, ESQ.
12 | EPSTEIN BECKER & GREEN, P.C.
  | One California Street, 26th Floor
13 | San Francisco, CA 94111-5427
  | Telephone: 415/398-3500
14 | Facsimile: 415/398-0955

15 | Attorneys for Defendant
  | MSR CLAREMONT RESORT LP dba
16 | CLAREMONT RESORT & SPA

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA ALLEN,<br><br>     Plaintiff,<br><br>v.<br><br>MSR CLAREMONT RESORT LP dba<br>CLAREMONT RESORT AND SPA;<br>AND DOES 1-10, INCLUSIVE,<br><br>     Defendants. | CASE No. C09-3681 EMC<br>RELATED CASE NO.<br>C09-0764 EMC<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** ; ORDER |

## STIPULATION

The parties to the above captioned litigation hereby stipulate by and through their undersigned counsel of record to the following:

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND PROPOSED ORDER TO
CONTINUE PLAINTIFF'S MOTION FOR LEAVE
TO FILE 1ST AMENDED COMPLAINT
CASE C09-3681 EMC                     -1-           S:\CASES\C\CLAREMONT-ALLEN\PLEADINGS\STIP TO CONTINUE MOTION TO FILE FAC.PL.wpd

1  Plaintiff ANNA ALLEN filed a Motion for Leave to File First
2  Amended Complaint in the above-captioned matter (the "Motion") that is
3  presently scheduled to be heard on March 24, 2010 at 3:00 p.m.
4  The parties are in the process of exchanging information and
5  negotiating a stipulation that may resolve the issues addressed in Plaintiff's
6  Motion.
7  Therefore, the parties hereby request that the Court continue the
8  March 24, 2010, 3:00 p.m. hearing date and time for Plaintiff's Motion to April
9  21, 2010 at 10:30 a.m.  Defendant's opposition to Plaintiff's Motion will be due
10 on March 31, 2010, Plaintiff's reply will be due on April 7, 2010.
11 IT IS SO STIPULATED.

13 Dated: March 3, 2010              LAW OFFICES OF PAUL L. REIN
                                     GEARINGER LAW GROUP

16                                     /s/ Catherine M. Cabalo
                                     By: Catherine M. Cabalo, Esq.
17                                   Attorneys for Plaintiff
                                     ANNA ALLEN

19 Dated: March 3, 2010              EPSTEIN BECKER & GREEN, P.C.

22                                     /s/ Andrew J. Sommer
                                     By: Andrew J. Sommer, Esq.
                                     Attorneys for Defendant MSR
23                                   CLAREMONT RESORT LP dba
                                     CLAREMONT RESORT & SPA

25 //
26 //
27 //
28 //

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND PROPOSED ORDER TO
CONTINUE PLAINTIFF'S MOTION FOR LEAVE
TO FILE 1ST AMENDED COMPLAINT
CASE C09-3681 EMC                    -2-    S:\CASES\C\CLAREMONT-ALLEN\PLEADINGS\STIP TO CONTINUE MOTION TO FILE FAC.PL.wpd

# ORDER

Pursuant to the Stipulation of the Parties it is hereby ordered that the hearing on Plaintiff's Motion for Leave to File First Amended Complaint in this matter be continued to April 21, 2010 at 10:30 a.m. Parties shall use the joint related case caption as listed in Docket #17 for all future pleadings.

IT IS SO ORDERED.

Dated: __3/9_____, 2010



_____
EDWARD M. CHEN
United States Magistrate Judge

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND PROPOSED ORDER TO
CONTINUE PLAINTIFF'S MOTION FOR LEAVE
TO FILE 1ST AMENDED COMPLAINT
CASE C09-3681 EMC        -3-        S:\CASES\C\CLAREMONT-ALLEN\PLEADINGS\STIP TO CONTINUE MOTION TO FILE FAC.PL.wpd