| | |
|---|---|
| 1 | Steven R. Blackburn, State Bar No. 154797 |
| | Andrew J. Sommer, State Bar No. 192844 |
| 2 | EPSTEIN BECKER & GREEN, P.C. |
| | One California Street, 26th Floor |
| 3 | San Francisco, California 94111-5427 |
| | Telephone: 415.398.3500 |
| 4 | Facsimile: 415.398.0955 |
| | sblackburn@ebglaw.com |
| 5 | asommer@ebglaw.com |
| 6 | Attorneys for Defendants, |
| | MSR CLAREMONT RESORT LP AND PYRAMID |
| 7 | ACQUISITION II MANAGEMENT LP |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER, | CASE NO. C09-0764 EMC |
| Plaintiff, | CASE NO. C09-3681 EMC |
| v. | (Related case) |
| KSL CLAREMONT RESORT, INC., et al., | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| Defendants. | |
| ANNA ALLEN, | Hearing Date: June 23, 2010 |
| Plaintiff, | Hearing Time: 2:30 p.m. |
| v. | Courtroom: C, 15th Floor |
| MSR CLAREMONT RESORT LP, et al., | (Hon. Edward M. Chen) |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiffs, JEAN RIKER and ANNA ALLEN ("Plaintiffs"), and Defendants, MSR CLAREMONT RESORT LP and PYRAMID ACQUISITION II MANAGEMENT LP ("Defendants"), through their respective attorneys of record herein, as follows:

1. Currently, the case management conference in these access cases is set for June 23, 2010.

2. The parties participated in court mediation on June 9, 2010. The parties have made considerable progress in resolving injunctive relief and anticipate scheduling a follow-up mediation session in September 2010. Pursuant to General Order 56, the parties respectfully request that the case management conference be continued to October 2010, after the completion of mediation.

DATED: June 16, 2010                            EPSTEIN BECKER & GREEN, P.C.

                                                By:  /s/ *Andrew J. Sommer*
                                                    Steven R. Blackburn
                                                    Andrew J. Sommer
                                                    Attorneys for Defendant
                                                    MSR CLAREMONT RESORT LP

DATED: June 16, 2010                            LAW OFFICES OF PAUL L. REIN

                                                By:  /s/ *Celia McGuiness*
                                                    Paul L. Rein
                                                    Celia McGuinness
                                                    Catherine Caballo
                                                    Attorneys for Plaintiffs
                                                    JEAN RIKER AND ANNA ALLEN

DATED: June 16, 2010                            MOSLEY & GEARINGER LLP

                                                By:  /s/ *Brian Gearinger*
                                                    Brian Gearinger
                                                    Attorneys for Plaintiff
                                                    ANNA ALLEN

**ORDER**

Pursuant to the Stipulation above, the case management conference in this case is continued from June 23, 2010 to October 13, 2010. at 1:30 p.m.

Dated:  6/17/10

                                                Honorable Edward M. Chen
                                                UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

SF:663429v1             Stipulation and [Proposed] Order Continuing Case Management Conference
                                                                                & C09-3681 EMC