Steven R. Blackburn, State Bar No. 154797
Andrew J. Sommer, State Bar No. 192844
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: 415.398.3500
Facsimile: 415.398.0955
sblackburn@ebglaw.com
asommer@ebglaw.com

Attorneys for Defendants,
MSR CLAREMONT RESORT LP AND PYRAMID
ACQUISITION II MANAGEMENT LP

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER,<br><br>    Plaintiff,<br><br>    v.<br><br>KSL CLAREMONT RESORT, INC., et al.,<br><br>    Defendants. | CASE NO.  C09-0764 EMC<br><br>CASE NO.  C09-3681 EMC<br><br>(Related case)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| ANNA ALLEN,<br><br>    Plaintiff,<br><br>    v.<br><br>MSR CLAREMONT RESORT LP, et al.,<br><br>    Defendants. | CMC Date:  October 13, 2010<br>Time:        1:00 p.m.<br>Courtroom:  C, 15th Floor<br>(Hon. Edward M. Chen) |

    IT IS HEREBY STIPULATED by and between Plaintiffs, JEAN RIKER and ANNA

ALLEN ("Plaintiffs"), and Defendants, MSR CLAREMONT RESORT LP and PYRAMID

ACQUISITION II MANAGEMENT LP ("Defendants"), through their respective attorneys of

record herein, as follows:

    1.    Currently, the case management conference in these access cases is set for

October 13, 2010.

1   2.  The parties participated in a second session of court mediation on September 30,

2 2010.  The parties have made considerable progress in resolving injunctive relief and have

3 scheduled a follow-up mediation session for November 16, 2010.  Pursuant to General Order 56,

4 the parties respectfully request that the case management conference be continued to December

5 2010, after the completion of mediation.

6 DATED:  October 6, 2010     EPSTEIN BECKER & GREEN, P.C.

7

8             By: /s/ *Andrew J. Sommer*
                Steven R. Blackburn

9                Andrew J. Sommer
                Attorneys for Defendant

10              MSR CLAREMONT RESORT LP

11

12 DATED:  October 6, 2010     LAW OFFICES OF PAUL L. REIN

13

14             By: /s/ *Celia McGuiness*
                Paul L. Rein

15                Celia McGuinness
                Catherine Caballo

16              Attorneys for Plaintiffs
              JEAN RIKER AND ANNA ALLEN

17

18 DATED:  October 6, 2010     MOSLEY & GEARINGER LLP

19

20             By: /s/ *Brian Gearinger*
                Brian Gearinger

21              Attorneys for Plaintiff
              ANNA ALLEN

22

23          **ORDER**

24   Pursuant to the Stipulation above, the case management conference in this case is

25 continued from October 13, 2010 to December  8 , 2010.

26 Dated:  10/07/10

27                                  Honorable Edward M. Chen

28              UNITED STATES MAGISTRATE JUDGE

- 2 -