1 | Steven R. Blackburn, State Bar No. 154797
Andrew J. Sommer, State Bar No. 192844
2 | EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
3 | San Francisco, California 94111-5427
Telephone: 415.398.3500
4 | Facsimile: 415.398.0955
sblackburn@ebglaw.com
5 | asommer@ebglaw.com

6 | Attorneys for Defendants,
MSR CLAREMONT RESORT LP AND PYRAMID
7 | ACQUISITION II MANAGEMENT LP

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER,<br><br>          Plaintiff,<br><br>     v.<br><br>KSL CLAREMONT RESORT, INC., et al.,<br><br>          Defendants. | CASE NO.  C09-0764 EMC<br><br>CASE NO.  C09-3681 EMC<br><br>(Related case)<br><br>**STIPULATION AND [PROPOSED] ORDER REFERRING CASE TO FURTHER MEDIATION**<br><br>Courtroom: C, 15th Floor<br>(Hon. Edward M. Chen) |
| ANNA ALLEN,<br><br>          Plaintiff,<br><br>     v.<br><br>MSR CLAREMONT RESORT LP, et al.,<br><br>          Defendants. | |

   IT IS HEREBY STIPULATED by and between Plaintiffs, JEAN RIKER and ANNA ALLEN ("Plaintiffs"), and Defendants, MSR CLAREMONT RESORT LP and PYRAMID ACQUISITION II MANAGEMENT LP ("Defendants"), through their respective attorneys of record herein, as follows:

   1.   The parties participated in a third session of court mediation on November 16, 2010.

1    2.   The parties resolved all issues of injunctive relief by consent decree on or about
2  November 23, 2010.  The Court entered the consent decree Order on December 15, 2010.
3    3.   In an effort to resolve the remaining issues in dispute, the parties hereby agree to
4  refer these matters for further mediation, which is currently scheduled for March 31, 2011 with
5  Daniel Bowling, ADR Program Staff Attorney, U.S. District Court for the Northern District of
6  California.

7  DATED:  March 15, 2011         EPSTEIN BECKER & GREEN, P.C.

9               By:   /s/ *Andrew J. Sommer*
                      Steven R. Blackburn
                      Andrew J. Sommer
10                    Attorneys for Defendant
                      MSR CLAREMONT RESORT LP

13 DATED:  March 15, 2011         LAW OFFICES OF PAUL L. REIN

15              By:   /s/ *Celia McGuinness*
                      Paul L. Rein
                      Celia McGuinness
16                    Catherine Caballo
                      Attorneys for Plaintiffs
17                    JEAN RIKER AND ANNA ALLEN

19 DATED:  March 15, 2011         MOSLEY & GEARINGER LLP

20              By:   /s/ *Brian Gearinger*
                      Brian Gearinger
21                    Attorneys for Plaintiff
                      ANNA ALLEN

**ORDER**

Pursuant to the Stipulation above, these cases are ordered for further mediation on March 31, 2011.

Dated:   3/16/11

_____
Honorable Edward M. Chen
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

- 2 -