1  Paul L. Rein, State Bar No. 43053
   Celia McGuinness, State Bar No. 159420
2  LAW OFFICES OF PAUL L. REIN
   200 Lakeside Drive, Suite A
3  Oakland, California 94612
   Telephone: 510.832.5001
4  Facsimile: 510.832.4787
   reinlawoffice@aol.com
5
   Attorneys for Plaintiffs,
6  JEAN RIKER and ANNA ALLEN

7  Steven D. Blackburn, State Bar No. 154797
   Andrew J. Sommer, State Bar No. 192844
8  EPSTEIN BECKER & GREEN, P.C.
   One California Street, 26th Floor
9  San Francisco, California 94111-5427
   Telephone: 415.398.3500
10 Facsimile: 415.398.0955
   sblackburn@ebglaw.com
11 asommer@ebglaw.com

12 Attorneys for Defendant,
   MSR CLAREMONT RESORT LP and
13 PYRAMID ACQUISITION II
   MANAGEMENT LP
14

Brian Gearinger, State Bar No. 146125
GEARINGER LAW GROUP
825 Van Ness Avenue, 4th Floor
San Francisco, CA 94109-7891
Tel: (415) 440-3175
Fax: (415) 440-3103
brian@gearingerlaw.com

Attorneys for Plaintiff,
ANNA ALLEN

Mark F. Hazelwood, State Bar No. 136521
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, CA 94111-2584
Telephone: (415) 981-6630
Fax: (415) 982-1634
MHazelwood@LOWBALL.COM

Attorneys for Defendant,
PYRAMID ACQUISITION II
MANAGEMENT LP (as to the Anna Allen
case only)

15          **UNITED STATES DISTRICT COURT**

           **NORTHERN DISTRICT OF CALIFORNIA**
16

17 JEAN RIKER,

18          Plaintiff,

19    v.

20 KSL CLAREMONT RESORT, INC., et al.,

21          Defendants.

22

23 _____

24 ANNA ALLEN,

25          Plaintiff,

26    v.

27 MSR CLAREMONT RESORT LP, et al.,

28

CASE NO.  C09-0764 EMC
CASE NO.  C09-3681 EMC
(Related case)

**STIPULATION AND [PROPOSED]
ORDER FOR DISMISSAL OF CLAIMS
WITH PREJUDICE**

Trial:  February 6, 2012
(Hon. Edward M. Chen)

1              Defendants.

2        IT IS HEREBY STIPULATED by and between Plaintiffs, JEAN RIKER and ANNA

3   ALLEN (Plaintiffs"), and Defendants, MSR CLAREMONT RESORT LP and PYRAMID

4   ACQUISITION II MANAGEMENT LP ("Defendants"), through their respective attorneys of

5   record herein, as follows:

6        1.      Plaintiffs' complaints in the above-entitled actions shall be dismissed with

7                prejudice against all defendants;

8        2.      The Court will retain jurisdiction to enforce the consent Decree previously

9                entered as an Order by the Court; and

10       3.      All parties shall bear their own costs and fees for the action.

11  DATED:  July 29, 2011                    LAW OFFICES OF PAUL L. REIN

12

13                                           By:   /s/ Celia McGuinness

14                                               Paul L. Rein
                                                 Celia McGuinness
15                                           Attorneys for Plaintiffs,
                                             JEAN RIKER AND ANNA ALLEN
16  DATED:  July 29, 2011                    MOSLEY & GEARINGER LLP

17

18                                           By:   /s/ Brian Gearinger
                                                 Brian Gearinger
19                                           Attorney for Plaintiff,
                                             ANNA ALLEN
20

21

22

23

24

25

26

27

28
                                          - 2 -

DATED:  July 29, 2011                    LOW, BALL & LYNCH


                                         By    /s/ *Mark F. Hazelwood*
                                         _____
                                                Mark F. Hazelwood
                                         Attorney for Defendant,
                                         PYRAMID ACQUISITION II
                                         MANAGEMENT LP (as to the Anna Allen
                                         case only)

DATED:  July 29, 2011                    EPSTEIN BECKER & GREEN, P.C.


                                         By:   /s/ *Andrew J. Sommer*
                                         _____
                                                Steven R. Blackburn
                                                Andrew J. Sommer
                                         Attorneys for Defendants,
                                         MSR CLAREMONT RESORT LP and
                                         PYRAMID ACQUISITION II
                                         MANAGEMENT LP

## **ORDER**

Having reviewed the above Stipulation for Dismissal of Claims with Prejudice, IT IS

HEREBY ORDERED THAT:

1.  Plaintiffs' Complaints in the above-entitled actions shall be dismissed with prejudice
    as against all defendants;

2.  The Court will retain jurisdiction to enforce the Consent Decree previously entered as
    an Order by the Court;

3.  The parties shall bear their own costs and fees in the action.

Dated: _____ 8/10/11    _____
                                        Honorable Edward M. Chen
                                        UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED

Judge Edward M. Chen